| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  BGT Interior Solutions, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   
   fka Builders Granite & Tile, Inc.

3. **Debtor's federal Employer Identification Number (EIN)**  7 6 – 0 6 7 1 6 1 8

4. **Debtor's address**

   **Principal place of business**
   
   5169 Ashley Court
   Number    Street
   
   _____
   
   Houston        TX    77041
   City           State  ZIP Code
   
   Harris
   County

   **Mailing address, if different from principal place of business**
   
   _____
   Number    Street
   
   _____
   P.O. Box
   
   _____
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   _____
   Number    Street
   
   _____
   
   _____
   City           State  ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **BGT Interior Solutions, Inc.**  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **BGT Interior Solutions, Inc.** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
              District _____  When _____ (MM/DD/YYYY)  Case number _____
              District _____  When _____ (MM/DD/YYYY)  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____ (MM/DD/YYYY)
              Case number, if known _____

              Debtor _____  Relationship _____
              District _____  When _____ (MM/DD/YYYY)
              Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **BGT Interior Solutions, Inc.**          Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____

_____   _____   _____
City                     State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
☑ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **BGT Interior Solutions, Inc.** _____  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/23/2021**
MM / DD / YYYY

X **/s/ Robert Wagner**
Signature of authorized representative of debtor

**Robert Wagner**
Printed name

**Vice President, Director**
Title

**18. Signature of attorney**

X **/s/ Kimberly A. Bartley**                           Date **06/23/2021**
Signature of attorney for debtor                              MM / DD / YYYY

**Kimberly A. Bartley**
Printed name

**Waldron & Schneider, L.L.P.**
Firm name

**15150 Middlebrook Drive**
Number        Street

**Houston**                                          **TX**          **77058**
City                                                 State         ZIP Code

**(281) 488-4438**                                   **kbartley@ws-law.com**
Contact phone                                        Email address

**24032114**                                         **TX**
Bar number                                           State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BGT Interior Solutions, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Wetz Supply Chain, LLC<br>c/o Jonathan Charnitski<br>Andy Brown & Assoc PLLC<br>1023 Springdale Rd, Ste | | Judgment | | | | $1,601,705.44 |
| 2 | Texas Comptroller of Public Accounts<br>P.O Box 13528, Capitol Station<br>Austin, Texas 78711-3528 | | Sales & Use Taxes | | | | $1,314,577.15 |
| 3 | US Customs and Border Patrol<br>c/o Givens & Johnston<br>950 Echo Lane, Ste 360<br>Houston, TX  77024 | | Duty Fees-Import Tarrifs | | | | $785,353.42 |
| 4 | International Builders Supply<br>2933 Eisenhower, Ste 110<br>Carrollton, TX  75007 | | Goods & Services | | | | $383,446.01 |
| 5 | Texas State Comptroller<br>PO Box 149348<br>Austin, TX  78714-9348 | | Sales Tax - Penalties & Int | | | | $321,865.85 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor **BGT Interior Solutions, Inc.**  Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Readers Wholesale<br>PO Box 550607<br>Houston, TX  77255-0607 | | Goods & Services | | | | $189,915.14 |
| 7 | Emser Tile<br>PO Box 69339<br>Los Angeles, CA  90069-0339 | | Goods & Services | | | | $180,637.55 |
| 8 | Shaw Industries<br>PO Box 840016<br>Dallas, TX  75284-0016 | | Goods & Services | | | | $176,300.58 |
| 9 | Daltile<br>11711 Fuqua St<br>Houston, TX  77034 | | Goods & Services | | | | $129,419.94 |
| 10 | Interceramic<br>2333 S Jupiter Rd<br>Garland, TX  75041 | | Goods & Services | | | | $114,843.67 |
| 11 | Mohawk (Celine Locke)<br>160 South Industrial Blvd<br>Calhoun, GA  30701 | | Goods & Services | | | | $92,531.42 |
| 12 | H&E Equipment Services<br>7500 Pecue Lane<br>Baton Rouge, LA  70806 | | Goods & Services | | | | $61,459.67 |
| 13 | MS International, Inc.<br>14777 Chrisman Rd<br>Houston, TX  77039 | | Goods & Services | | | | $45,729.21 |

Debtor **BGT Interior Solutions, Inc.**    Case number (if known) _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Swift Train Co<br>PO Box 677212<br>Dallas, TX  75267-7212 | | Goods & Services | | | | $40,459.84 |
| 15 Floorfolio Industries<br>110 Mayfield Ave<br>Edison, NJ  08837 | | Goods & Services | | | | $32,828.32 |
| 16 Cosentino<br>1315 W Sam Houston Pkwy N<br>Unit 1150<br>Houston, TX  77043 | | Goods & Services | | | | $32,146.10 |
| 17 T&L Distributin<br>PO Box 40449<br>Houston, TX  77240 | | Goods & Services | | | | $29,685.13 |
| 18 Insur-United Health Care<br>UHS Premium Billing<br>PO Box 94107<br>Palastine, IL  60094-4017 | | Goods & Services | | | | $26,676.98 |
| 19 Atlas Carpet Mills<br>PO Box 912673<br>Denver, CO  80291-2673 | | Goods & Services | | | | $26,548.59 |
| 20 Arizona Tile<br>9010 West Little York<br>Houston, TX  77040 | | Goods & Services | | | | $22,340.51 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **BGT Interior Solutions, Inc.**                              CASE NO

                                                                                            CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/23/2021                        Signature  /s/ Robert Wagner
                                                          *Robert Wagner*
                                                          *Vice President, Director*

Date                                        Signature

```
7 Hill Transport
PO Box 200217
Cartersville, GA   30120-9004



Anytime Fuel Pros LLC
18325 Bracken Dr
Bracken, TX   78266



Arizona Tile
9010 West Little York
Houston, TX   77040



Atlas Carpet Mills
PO Box 912673
Denver, CO   80291-2673



Beasley Tire Service, Inc
PO Box 11556
Houston, TX   77293-1556



Bohreer & Zucker LLP
109 N Post Oak Ln
Ste 425
Houston, TX   77024



Building Plastics, Inc
PO Box 405300
Atlanta, GA   30384-5300



C&C Wholesale Distributors
11048 Grissom Lane
Dallas, TX   75229



Casa Investments, Inc.
5169 Ashley
Houston, TX   77041
```

```
Casa Investments, Inc.
5169 Ashley Ct
Houston, TX   77041


Ceasarstone, USA
PO Box 603791
Charlotte, NC   28260


Ceramic Technics
1298 Old Alpharetta Rd
Alpharetta, GA   30005


CIT
10201 Centurion Pkwy N Ste 100
Jacksonille, FL   32256


CIT Group
21146 Network Place
Chicago, IL   60673-1211


City of Houston
PO Box 1560
Houston, TX   77251


CLS Technology
PO Box 1066
Katy, TX   77483


Comcast
PO Box 37601
Philadelphia, PA   19101-0601


Cosentino
1315 W Sam Houston Pkwy N
Unit 1150
Houston, TX   77043
```

Creating Your Space  
PO Box 22456  
New York, NY  10087-2456

Crossville Tile & Stone  
PO Box 3546  
Crossville, TX 38557

Daltile  
11711 Fuqua St  
Houston, TX  77034

Darr Equipment  
21500 Springbridge Dr.  
Houston, TX  77073

Datavox  
6650 S Sam Houston Pkwy S  
Houston, TX  77072

Dynamic Stone International LLC  
2933 Eisenhower St  
Ste 110  
Carrollton, TX  75007

Dysart Taylor Lay Cotter & MCM  
PO Box 410044  
Kansas City, MO  64141

Ecore  
119 South Tree Dr  
Lancaster, PA  17063

Elevated Technologies  
410 W Grand Parkway S  
Ste 375  
Katy, TX  77494

```
Emser Tile
PO Box 69339
Los Angeles, CA  90069-0339



Engineered Floors LLC
PO Box 843149
Dallas, TX  75284-3149



Fed EX
PO Box 10306
Palatine,  IL  60055-0306



Ferrellgas-Ashley
PO Box 173940
Denver, CO  80217-3940



Floor Decor & Commercial
The CIT Group
PO Box 1036
Charlotte, NC  2820-1036



Floorfolio Industries
110 Mayfield Ave
Edison, NJ  08837



Gran Quartz LP
PO Box 7335320
Dallas, TX  75373-5320



Gulf Coast Exterminators
17202 Clay Road Ste 102
Houston, TX  77084



H&E Equipment Services
7500 Pecue Lane
Baton Rouge, LA  70806
```

Hilltip Stones, Inc  
12430 Hempstead Rd  
Houston, TX  77092  

Hines-Inwood Center  
3701 Regent  
Irving, TX  75063  

Horizon Italian Tile, Inc.  
1617 Hi Line Dr  
Ste 450  
Dallas TX  75207-3644  

Hudson Energy  
PO Box 731137  
Dallas TX  75373-1137  

Hudson Energy-KW  
PO Box 142109  
Irving, TX  75014  

Infuse Energy/Shyne Energy-Sharpcrest  
2121 Sage Rd, Ste 270  
Houston, TX  77056  

Insur-United Health Care  
UHS Premium Billing  
PO Box 94107  
Palastine, IL  60094-4017  

Interceramic  
2333 S Jupiter Rd  
Garland, TX  75041  

International Builders Supply  
2933 Eisenhower, Ste 110  
Carrollton, TX  75007

Keith Wagner
5008 Imperial Dr.
Bellaire, TX   77401


Law Offices of Dakshini R Sen PC
6200 Savoy Dr
Ste 270
Houston, TX   77036


Matson Logistics
PO Box 999074
Chicago, IL   60693


Mobile Mimi
PO Box 650882
Dallas, TX   75265


Mohawk (Celine Locke)
160 South Industrial Blvd
Calhoun, GA   30701


MS International, Inc.
14777 Chrisman Rd
Houston, TX   77039


National Construction Rentals
PO Box 4503
Pacolma, CA   91333-4503


Nexday Logistics
PO Box 866
Cypress, TX   77140


NJ Malin & Assoc LLC
PO Box 843860
Dallas, TX   75284-3860

Nova Healthcare, PA  
PO Box 840066  
Dallas, TX   75284-0066

Penske  
PO Box 802577  
Chicago, IL   660680-2577

Personal Lab Services  
7747 Harwin Drive #102  
Houston, TX   77036

Peter C. Ruggero, Receiver  
Ruggero Law Firm  
1411 West Ave, Ste 200  
Austin, TX   78701

Phenix Flooring, LLC  
PO Box 741953  
Atlanta, GA   30374-1953

Professional Flooring Supply  
PO Box 7558  
Fort Worth, TX   76111

Readers Wholesale  
PO Box 550607  
Houston, TX   77255-0607

Regus Management Group LLC  
PO Box 842456  
Dallas, TX   75284-2456

SBA  
Office of Disaster Assistance  
14925 Kingsport Rd  
Fort Worth, TX   76155

```
SBA
409 3rd St SW
Washington, DC   20416



Schaffer Equipment
1023 S Walton Walker Blvd
Irving, TX   75060



Shaw Industries
PO Box 840016
Dallas, TX   75284-0016



Shelley Marmon
Crady Jewett McCulley & Houren LLP
2727 Allen Pkwy Ste 1700
Houston, TX 77019



Shidlofsky Law Firm
Greystone Plaze
7200 N Mopax Expressway
Ste 430
Austin, TX   78731

Siegfried Rivera
201 Alhambra Circle, 11th Fl
Coral Gables, FL   33134



Spectrum Business
4145 S Falkenburg Rd
Riverview, FL   33578



Stone Source LLC
215 park Avenue S
New York, NY   10003



Sunbelt Rentals
PO Box 409211
Atlanta, GA   30384-9211
```

Surface Materials
PO Box 83336
Richardson, TX   75083

Swift Train Co
PO Box 677212
Dallas, TX   75267-7212

T&L Distributin
PO Box 40449
Houston, TX   77240

Tajam Granite & Marble
6429 W Sam Houston Pkwy N
Houston, TX   77042

Texas Comptroller of Public Accounts
P.O Box 13528, Capitol Station
Austin, Texas 78711-3528

Texas State Comptroller
PO Box 149348
Austin, TX   78714-9348

Texprint
2500 Central Parkway Ste T
Houston, TX   77092-7713

The Houtonian Club
PO Box 203650
Dallas, TX   75320-3650

The Wetz Supply Chain, LLC
c/o Jonathan Charnitski
Andy Brown & Assoc PLLC
1023 Springdale Rd, Ste 11F
Austin, TX   78721

Thorntree
10105 West Gulf Bank
Houston, TX   77040


TIAA Commercial Finance Inc
PO Box 911608
Denver, CO   80291-1608


Triton Stone
9501 Baythorne Dr
Houston, TX   77041


US Customs and Border Patrol
c/o Givens & Johnston
950 Echo Lane, Ste 360
Houston, TX   77024


Valant, John
6 Turtle Creek Bend
Dallas, TX   75204


Veritex
2900 North Loop W, Ste 200
Houston, TX   77092


Wagner, Keith
500 Imperial Dr
Bellaire, TX   77401


Woodwright Hardware
425 Regal Row
Dallas, TX   75247


Worldwide Express
PO Box 733360
Dallas, TX   75373