**Fill in this information to identify the case**

Debtor name **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **21-32124-H5-11**

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

   **$6,096.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Checking account** **Veritex xx8052** | **Checking account** | 8  0  5  2 | $578,756.00 |
   | 3.2. **Checking account** **Chase xx8216** | **Checking account** | 8  2  1  6 | $294,029.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$878,881.00**

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor  **BGT Interior Solutions, Inc.**                              Case number (if known)  **21-32124-H5-11**
Name

**Current value of debtor's interest**

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposits and Credits (from Balance Sheet)** | **$124,762.95** |
| 7.2. | **Prepaids** | **$52,142.00** |
| 7.3. | **Hines-Inwood Center - Security Deposit** | **$4,790.00** |
| 7.4. | **Avalon Risk Managememt - Deposit - Customs Bond** | **$100,000.00** |
| 7.5. | **Domestic Material Deposits** | **$143,413.00** |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Contract Retainage** | **$2,732,174.00** |

**9.**  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$3,157,281.95**

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.**  **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. | 90 days old or less: | **$5,293,950.31** face amount | − | **$0.00** doubtful or uncollectible accounts | = ............➔ | **$5,293,950.31** |
| 11b. | Over 90 days old: | **$2,017,242.72** face amount | − | **$1,683,643.81** doubtful or uncollectible accounts | = ............➔ | **$333,598.91** |

**12.**  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$5,627,549.22**

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Valuation method used for current value**       **Current value of debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

Debtor  **BGT Interior Solutions, Inc.**                    Case number (if known)  **21-32124-H5-11**
                  Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Inventory - project material ie hardwood, tile, vinyl, glues, carpet pad, etc.** | | | | **$1,067,948.12** |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.                                    **$1,067,948.12**

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |

Debtor   **BGT Interior Solutions, Inc.**                                     Case number (if known)   **21-32124-H5-11**
        Name

**32.   Other farming and fishing-related property not already listed in Part 6**

**33.   Total of Part 6.**
     Add lines 28 through 32.  Copy the total to line 85.                                  **$0.00**

**34.   Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **Office Furniture - Value included in Line 41 and See Attached SCHED B EX - Office Equipment & Computers** | | **Value incl in Line 41** | **$0.00** |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers, Software, Office Equipment  - See Attached SCHED B EX - Office Equipment & Computers** | | **Depreciation Value** | **$9,508.79** |

**42.   Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                                  **$9,508.79**

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **BGT Interior Solutions, Inc.**                    Case number (if known)  **21-32124-H5-11**
      Name

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles - See Attached SCHED B EX - Vehicles** | | **Depreciation Value** | **$57,543.11** |
| 47.2.  **Forklifts**<br>    **Warehouse - $190,506.71**<br>    **Material Handler  - $417,198.22** | | | **$607,704.93** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|   **Storage  - Shipping Containers** | | | **$51,551.81** |
|   **Production Equipment - See Attached SCHED B EX<br>- Production Equipment** | | | **$874,898.93** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.           **$1,591,698.78**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor   **BGT Interior Solutions, Inc.**                                   Case number (if known)   **21-32124-H5-11**
_____Name_____

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent | Net book value of | Valuation method | Current value of |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | of debtor's interest in property | debtor's interest (Where available) | used for current value | debtor's interest |

**56.   Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.                $0.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 10:   Intangibles and Intellectual Property**

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.                $0.00

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 11:   All other assets**

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Debtor    **BGT Interior Solutions, Inc.**                         Case number (if known)   **21-32124-H5-11**
          Name

**Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

| **Employee Loans - See Attached SCHED B EX - Employee Loans** | $453,994.39 | – | $0.00 | = ➔ | $453,994.39 |
| | Total face amount | | doubtful or uncollectible amount | | |
| **Subcontractor Loans  - See Attached SCHED B EX - Employee Loans** | $19,163.93 | – | $0.00 | = ➔ | $19,163.93 |
| | Total face amount | | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

GL/Umbrella/Auto Insurance                                                    $87,691.82

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
       including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
       Add lines 71 through 77.  Copy the total to line 90.                                    $560,850.14

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **BGT Interior Solutions, Inc.**                                    Case number (if known)   **21-32124-H5-11**
      Name

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $878,881.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,157,281.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,627,549.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,067,948.12 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,508.79 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,591,698.78 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $560,850.14 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $12,893,718.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................... **$12,893,718.00**

**Fill in this information to identify the case:**

Debtor name **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) **21-32124-H5-11**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

**Creditor's name**
**CIT**

**Creditor's mailing address**
**10201 Centurion Pkwy N Ste 100**

**Jacksonille          FL      32256**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  **6   0   0   0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**Certain Equipt-See Attached SCHED D EX_CIT #145931**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,279.00          $214,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,172,103.00

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known) **21-32124-H5-11**

| **Part 1:** | **Additional Page** |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.2** **Creditor's name**
**CIT**

**Creditor's mailing address**
**10201 Centurion Pkwy N Ste 100**

_____

_____

**Jacksonille**        **FL**    **32256**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        **8   0   0   0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                     **$30,000.00**        **$109,000.00**

**Certain Equipt See Attached SCHED D EX_CIT #147072**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **BGT Interior Solutions, Inc.**                                   Case number (if known) **21-32124-H5-11**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.3 | Creditor's name<br>**SBA** | Describe debtor's property that is<br>subject to a lien | **$150,000.00** | **$12,893,718.00** |

Creditor's mailing address
**Office of Disaster Assistance**

**14925 Kingsport Rd**

**Blanket Lien**

**Describe the lien**

**Disaster Loan**

**Fort Worth              TX    76155**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number                 ___  ___  ___  ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes. Have you already specified the
relative priority?

☑ No. Specify each creditor, including this
creditor, and its relative priority.

For Petty Cash: 1) Veritex; 2) Veritex; 3) SBA.  For Checking account Chase xx8216 : 1) Veritex; 2) Veritex; 3) SBA.  For Checking account Veritex xx8052: 1) Veritex; 2) Veritex; 3) SBA.  For Avalon Risk Managememt - Deposit - Customs Bond: 1) Veritex; 2) Veritex; 3) SBA.  For Deposits and Credits (from Balance Sheet): 1) Veritex; 2) Veritex; 3) SBA.  For Domestic Material Deposits  : 1) Veritex; 2) Veritex; 3) SBA.  For Hines-Inwood Center - Security Deposit: 1) Veritex; 2) Veritex; 3) SBA.  For Prepaids: 1) Veritex; 2) Veritex; 3) SBA.  For Contract Retainage: 1) Veritex; 2) Veritex; 3) SBA.  For Accounts Receivable: 1) Veritex; 2) Veritex; 3) SBA.  For Accounts Receivable : 1) Veritex; 2) Veritex; 3) SBA.  For Inventory - project material ie hardwood, tile, vinyl, glues: 1) Veritex; 2) Veritex; 3) Veritex; 4) SBA.  For Office Furniture - Value included in Line 41 and See Attache: 1) Veritex; 2) Veritex; 3) SBA.  For Computers, Software, Office Equipment  - See Attached SCHED : 1) Veritex; 2) Veritex; 3) SBA.  For Forklifts  Warehouse - $190,506.71   Material Handler  - $4: 1) Veritex; 2) Veritex; 3) SBA; 4) CIT; 5) CIT.  For Vehicles - See Attached SCHED B EX - Vehicles: 1) Veritex; 2) Veritex; 3) SBA; 4) CIT; 5) CIT.  For Production Equipment - See Attached SCHED B EX - Production : 1) Veritex; 2) Veritex; 3) SBA; 4) CIT; 5) CIT.  For Storage  - Shipping Containers: 1) Veritex; 2) Veritex; 3) SBA.  For Employee Loans - See Attached SCHED B EX - Employee Loans: 1) Veritex; 2) SBA.  For Subcontractor Loans  - See Attached SCHED B EX - Employee Lo: 1) Veritex; 2) SBA.  For GL/Umbrella/Auto Insurance: 1) Veritex; 2) SBA.

☐ Yes. The relative priority of creditors is
specified on lines _____

| Debtor | BGT Interior Solutions, Inc. | Case number (if known) | 21-32124-H5-11 |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.4**

**Creditor's name**
Veritex

**Creditor's mailing address**
2900 North Loop W, Ste 200

Houston          TX     77092

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      0   7   5   3

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
Blanket - All Assets - UCC 1

**Describe the lien**
Line of Credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,334,974.00          $12,332,867.86

**2.5**

**Creditor's name**
Veritex

**Creditor's mailing address**
2900 North Loop W, Ste 200

Houston          TX     77092

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      9   7   1   1

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
BGT Stock, all assets - UCC 1

**Describe the lien**
Stock Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,456,850.00          $12,893,718.00

Debtor   **BGT Interior Solutions, Inc.**                                   Case number (if known) **21-32124-H5-11**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

| **2.6** | **Creditor's name**<br>**Veritex** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $1,067,948.12 |

**Creditor's mailing address**
**2900 North Loop W, Ste 200**

**Describe debtor's property that is subject to a lien**

**Inventory & Raw Materials**

**Describe the lien**

**Equipment Loan**

**Houston          TX     77092**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     **0   0   3   2**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines **2.3**

Debtor   **BGT Interior Solutions, Inc.**                                    Case number (if known) **21-32124-H5-11**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SBA**<br>**409 3rd St SW**<br><br>**Washington**　　　　**DC**　**20416** | Line __2.3__ | ___ ___ ___ ___ |
| **Shelley Marmon**<br>**Crady Jewett McCulley & Houren LLP**<br>**2727 Allen Pkwy Ste 1700**<br>**Houston**　　　　**TX**　**77019** | Line __2.6__ | ___ ___ ___ ___ |
| **Shelley Marmon**<br>**Crady Jewett McCulley & Houren LLP**<br>**2727 Allen Pkwy Ste 1700**<br>**Houston**　　　　**TX**　**77019** | Line __2.5__ | ___ ___ ___ ___ |
| **Shelley Marmon**<br>**Crady Jewett McCulley & Houren LLP**<br>**2727 Allen Pkwy Ste 1700**<br>**Houston**　　　　**TX**　**77019** | Line __2.4__ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor  **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  **21-32124-H5-11**

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐  No. Go to Part 2.
    ☑  Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O Box 13528, Capitol Station**

**Austin**                    **TX**    **78711-3528**

Date or dates debt was incurred

Last 4 digits of account
number   **6   1   8   5**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales, Use Tax, Penalties, Interest**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim  **$1,966,947.97**     Priority amount  **$1,966,947.97**

**2.2**  Priority creditor's name and mailing address

**US Customs and Border Patrol**

**c/o Givens & Johnston**

**950 Echo Lane, Ste 360**

**Houston**                   **TX**    **77024**

Date or dates debt was incurred

Last 4 digits of account
number   ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Duty Fees-Import Tarrifs**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim  **$785,353.42**     Priority amount  **$785,353.42**

Debtor **BGT Interior Solutions, Inc.**        Case number (if known) **21-32124-H5-11**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                         **Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:                **$2,846.35**
*Check all that apply.*

**7 Hills Transport**
☐ Contingent
**PO Box 200217**
☐ Unliquidated
☐ Disputed

                                       **Basis for the claim:**
**Cartersville**      **GA**    **30120-9004**      **Business Equipment/Supplies**

**Date or dates debt was incurred**               **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __      ☑ No
                                                 ☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:                **$1,600.94**
*Check all that apply.*

**ACME Brick Company**
☐ Contingent
**5020 Acorn Street**
☐ Unliquidated
☐ Disputed

                                       **Basis for the claim:**
**Houston**      **TX**    **77092**      **Business Equipment/Supplies**

**Date or dates debt was incurred**               **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __      ☑ No
                                                 ☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:                  **$333.66**
*Check all that apply.*

**American Express**
☐ Contingent
**PO Box 650448**
☐ Unliquidated
☐ Disputed

                                       **Basis for the claim:**
**Dallas**      **TX**    **75262-0448**      **Business Credit Card**

**Date or dates debt was incurred**               **Is the claim subject to offset?**

**Last 4 digits of account number**    2 0 0 9      ☑ No
                                                 ☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:                    **$0.00**
*Check all that apply.*

**American Express**
☐ Contingent
**PO Box 650448**
☐ Unliquidated
☐ Disputed

                                       **Basis for the claim:**
**Dallas**      **TX**    **75262-0448**      **Business Credit Card**

**Date or dates debt was incurred**               **Is the claim subject to offset?**

**Last 4 digits of account number**    1 0 0 3      ☑ No
                                                 ☐ Yes

Debtor  **BGT Interior Solutions, Inc.** _____  Case number (if known) **21-32124-H5-11** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.5** | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**American Express**

**PO Box 650448**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75262-0448**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   **1   0   0   9**

☑ No
☐ Yes

---

| **3.6** | **Nonpriority creditor's name and mailing address** | | **$5,468.48** |
|---|---|---|---|

**American Express**

**PO Box 650448**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75262-0448**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   **1   0   0   0**

☑ No
☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | | **$144,183.32** |
|---|---|---|---|

**American Express**

**PO Box 650448**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75262-0448**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   **2   0   0   7**

☑ No
☐ Yes

---

| **3.8** | **Nonpriority creditor's name and mailing address** | | **$128,432.27** |
|---|---|---|---|

**American Express**

**PO Box 650448**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75262-0448**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   **3   0   1   8**

☑ No
☐ Yes

Debtor    **BGT Interior Solutions, Inc.**                                    Case number (if known)    **21-32124-H5-11**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**American Express**

**PO Box 650448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                      **TX      75262-0448**

Basis for the claim:
**Business Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1    0    0    4**

---

| 3.10 | Nonpriority creditor's name and mailing address | | $6,075.89 |

**American Express**

**PO Box 650448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                      **TX      75262-0448**

Basis for the claim:
**Business Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1    0    0    9**

---

| 3.11 | Nonpriority creditor's name and mailing address | | $289.02 |

**Anytime Fuel Pros LLC**

**18325 Bracken Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bracken**                     **TX      78266**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.12 | Nonpriority creditor's name and mailing address | | $11,693.97 |

**Arizona Tile**

**9010 West Little York**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                     **TX      77040**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known) **21-32124-H5-11** _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.13** | Nonpriority creditor's name and mailing address | **$38,478.70** |

**Barclays** _____

**PO Box 60517** _____

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**City of Industry            CA      91716**

Basis for the claim:
**Business Credit Card** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0   0   0   0**

---

| **3.14** | Nonpriority creditor's name and mailing address | **$852.66** |

**Beasley Tire Service, Inc** _____

**PO Box 11556** _____

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Houston            TX      77293-1556**

Basis for the claim:
**Business Equipment/Supplies** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.15** | Nonpriority creditor's name and mailing address | **$1,228.27** |

**BraeBurn Country Club** _____

**10555 Fondren Rd** _____

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Houston            TX      77096**

Basis for the claim:
**Business** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.16** | Nonpriority creditor's name and mailing address | **$8,045.35** |

**Building Plastics, Inc** _____

**PO Box 405300** _____

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Atlanta            GA      30384-5300**

Basis for the claim:
**Business Equipment/Supplies** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor  **BGT Interior Solutions, Inc.**                                    Case number (if known)  **21-32124-H5-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**C&C Wholesale Distributors**

**11048 Grissom Lane**

**Dallas**                          **TX**      **75229**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,439.50**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Capital One**

**PO Box 60599**

**City of Industry**              **CA**      **91716**

Date or dates debt was incurred

Last 4 digits of account number     **1   0   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Capital One**

**PO Box 60599**

**City of Industry**              **CA**      **91716**

Date or dates debt was incurred

Last 4 digits of account number     **2   6   9   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Capital One**

**PO Box 60599**

**City of Industry**              **CA**      **91716**

Date or dates debt was incurred

Last 4 digits of account number     **5   1   4   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **BGT Interior Solutions, Inc.**     Case number (if known) **21-32124-H5-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

**$106,468.81**

**Ceramic Technics**

**1298 Old Alpharetta Rd**

**Alpharetta**     **GA**    **30005**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**$2,027.85**

**Chase**

**PO Box 6294**

**Carol Stream**     **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   **9**   **3**   **1**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**$0.00**

**Chase**

**PO Box 6294**

**Carol Stream**     **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   **9**   **3**   **5**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**$751.14**

**Chase**

**PO Box 6294**

**Carol Stream**     **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   **2**   **5**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **BGT Interior Solutions, Inc.**       Case number (if known) **21-32124-H5-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**Chase**

**PO Box 6294**

**Carol Stream**      **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   3   4   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$222.40**

---

**3.26**   Nonpriority creditor's name and mailing address

**Chase**

**PO Box 6294**

**Carol Stream**      **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   7   5   3   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.27**   Nonpriority creditor's name and mailing address

**Chase**

**PO Box 6294**

**Carol Stream**      **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   7   4   8   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$883.32**

---

**3.28**   Nonpriority creditor's name and mailing address

**Chase**

**PO Box 6294**

**Carol Stream**      **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   8   4   1   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$582.86**

---

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known)   **21-32124-H5-11** _____

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | | **$783.58** |

**As of the petition filing date, the claim is:**
_Check all that apply._

**Chase**

**PO Box 6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**          **IL**      **60197**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number      **0   9   4   0**

☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | | **$0.00** |

**As of the petition filing date, the claim is:**
_Check all that apply._

**Chase**

**PO Box 6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**          **IL**      **60197**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number      **4   2   2   1**

☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | **$11,280.15** |

**As of the petition filing date, the claim is:**
_Check all that apply._

**Citibank**

**PO Box 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Phoenix**             **AZ**      **85062**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number      **3   6   1   1**

☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | **$8.39** |

**As of the petition filing date, the claim is:**
_Check all that apply._

**Citibank**

**PO Box 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Phoenix**             **AZ**      **85062**

**Basis for the claim:**
**Business Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number      **1   0   3   5**

☑ No
☐ Yes

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known) **21-32124-H5-11** _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Citibank** _____

**PO Box 78045** _____

_____

**Phoenix**                    **AZ**        **85062**

Date or dates debt was incurred _____

Last 4 digits of account number      **8   2   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,152.73**

| 3.34 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Citibank-Home Depot** _____

**PO Box 9001043** _____

_____

**Louisville**                    **KY**        **40290**

Date or dates debt was incurred _____

Last 4 digits of account number      **9   6   2   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$48.11**

| 3.35 | Nonpriority creditor's name and mailing address |
| --- | --- |

**City of Houston** _____

**PO Box 1560** _____

_____

**Houston**                    **TX**        **77251**

Date or dates debt was incurred _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility - Drainage** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,920.38**

| 3.36 | Nonpriority creditor's name and mailing address |
| --- | --- |

**City of Houston** _____

**PO Box 1560** _____

_____

**Houston**                    **TX**        **77251**

Date or dates debt was incurred _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility - Water** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$226.21**

Debtor    **BGT Interior Solutions, Inc.**                         Case number (if known)   **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**   Nonpriority creditor's name and mailing address

**Comcast**

**PO Box 37601**

**Philadelphia**            **PA**      **19101-0601**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Services**

Is the claim subject to offset?
☑ No
☐ Yes

$682.73

---

**3.38**   Nonpriority creditor's name and mailing address

**Cosentino**

**1315 W Sam Houston Pkwy N**

**Unit 1150**

**Houston**            **TX**      **77043**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$22,443.20

---

**3.39**   Nonpriority creditor's name and mailing address

**Costco**

**PO Box 9001016**

**Louisville**            **KY**      **40290**

Date or dates debt was incurred

Last 4 digits of account number    **8   2   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$5,152.73

---

**3.40**   Nonpriority creditor's name and mailing address

**Creating Your Space**

**PO Box 22456**

**New York**            **NY**      **10087-2456**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$210.00

---

Debtor   **BGT Interior Solutions, Inc.**                    Case number (if known)  **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**  Nonpriority creditor's name and mailing address

**Daltile**

**11711 Fuqua St**

**Houston**                        **TX**      **77034**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$196,227.95**

**3.42**  Nonpriority creditor's name and mailing address

**Darr Equipment**

**21500 Springbridge Dr.**

**Houston**                        **TX**      **77073**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,166.03**

**3.43**  Nonpriority creditor's name and mailing address

**Discover**

**PO Box 29013**

**Phoeniz**                        **AZ**      **85038**

Date or dates debt was incurred

Last 4 digits of account number   **3  3  2  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.44**  Nonpriority creditor's name and mailing address

**Discover**

**PO Box 29013**

**Phoeniz**                        **AZ**      **85038**

Date or dates debt was incurred

Last 4 digits of account number   **3  8  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **BGT Interior Solutions, Inc.**                                Case number (if known)   **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dynamic Stone International LLC**

**2933 Eisenhower St**

**Ste 110**

**Carrollton**                **TX**    **75007**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$377.23**

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dysart Taylor Lay Cotter & MCM**

**PO Box 410044**

**Kansas City**                **MO**    **64141**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,495.00**

| 3.47 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Elevated Technologies**

**410 W Grand Parkway S**

**Ste 375**

**Katy**                **TX**    **77494**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$324.72**

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Emser Tile**

**PO Box 69339**

**Los Angeles**                **CA**    **90069-0339**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$85,416.52**

Debtor   **BGT Interior Solutions, Inc.**                    Case number (if known)   **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.49** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Engineered Floors LLC**

**PO Box 843149**

**$2,932.84**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**     **75284-3149**

**Basis for the claim:**
**Business Equipment/Supplies**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.50** | **Nonpriority creditor's name and mailing address** |
|---|---|

**EquipmentShare.com, Inc.**

**PO Box 2214**

**$7,137.86**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Decatur**          **AL**     **35609**

**Basis for the claim:**
**Business Equipment/Supplies**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.51** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fed EX**

**PO Box 10306**

**$362.04**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Palatine**          **IL**     **60055-0306**

**Basis for the claim:**
**Goods & Services**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.52** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ferrellgas**

**88 Holmes Rd**

**$237.96**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**     **77045**

**Basis for the claim:**
**Business Equipment/Supplies**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **BGT Interior Solutions, Inc.** Case number (if known) **21-32124-H5-11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Floorfolio Industries**

**110 Mayfield Ave**

**Edison                    NJ        08837**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

$35,315.67

| 3.54 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Gran Quartz LP**

**PO Box 7335320**

**Dallas                    TX        75373-5320**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

$2,292.19

| 3.55 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Gulf Coast Exterminators**

**17202 Clay Road Ste 102**

**Houston                   TX        77084**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

$146.14

| 3.56 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**H&E Equipment Services**

**7500 Pecue Lane**

**Baton Rouge               LA        70806**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

$29,106.26

Debtor      **BGT Interior Solutions, Inc.**                                    Case number (if known)   **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| **3.57** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:                                **$13,701.98**
*Check all that apply.*

**Hilltop Stones, Inc**                                   ☐ Contingent

**12430 Hempstead Rd**                                   ☐ Unliquidated
                                                          ☐ Disputed

Basis for the claim:

**Houston**                        **TX**    **77092**    **Business Equipment/Supplies**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __             ☑ No
                                                          ☐ Yes

| **3.58** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:                                **Unknown**
*Check all that apply.*

**HoarConstruction**                                     ☑ Contingent

**Attn:  Anne Wykle Graham**                             ☑ Unliquidated

**2 Metroplex Dr., Ste 400**                             ☑ Disputed

Basis for the claim:

**Birmingham**                     **AL**    **35209**    **Product Claim**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __             ☑ No
                                                          ☐ Yes

| **3.59** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:                                **$745.64**
*Check all that apply.*

**Horizon Italian Tile, Inc.**                           ☐ Contingent

**1617 Hi Line Dr**                                      ☐ Unliquidated

**Ste 450**                                              ☐ Disputed

Basis for the claim:

**Dallas**                         **TX**    **75207-3644**   **Business Equipment/Supplies**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __             ☑ No
                                                          ☐ Yes

| **3.60** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:                                **$1,987.93**
*Check all that apply.*

**Hudson Energy-BGT**                                    ☐ Contingent

**PO Box 731137**                                        ☐ Unliquidated
                                                          ☐ Disputed

Basis for the claim:

**Dallas**                         **TX**    **75373-1137**   **Utility Services**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __             ☑ No
                                                          ☐ Yes

| Debtor | **BGT Interior Solutions, Inc.** | Case number (if known) | **21-32124-H5-11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.61** | Nonpriority creditor's name and mailing address |
|---|---|

**Interceramic**

**2333 S Jupiter Rd**

**$110,348.33**

| **Garland** | **TX** | **75041** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.62** | Nonpriority creditor's name and mailing address |
|---|---|

**International Builders Supply**

**2933 Eisenhower, Ste 110**

**$415,186.22**

| **Carrollton** | **TX** | **75007** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.63** | Nonpriority creditor's name and mailing address |
|---|---|

**Marazzi Tile**

**PO Box 209058**

**$6,845.75**

| **Dallas** | **TX** | **75320-9058** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.64** | Nonpriority creditor's name and mailing address |
|---|---|

**Matson Logistics**

**PO Box 99074**

**$575.00**

| **Chicago** | **IL** | **60693** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      **BGT Interior Solutions, Inc.**                    Case number (if known) **21-32124-H5-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65**    **Nonpriority creditor's name and mailing address**

**Mobile Mini**

**PO Box 650882**

**Dallas**      **TX**    **75265**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$414.93**

---

**3.66**    **Nonpriority creditor's name and mailing address**

**Mohawk (Celine Locke)**

**160 South Industrial Blvd**

**Calhoun**      **GA**    **30701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$102,707.65**

---

**3.67**    **Nonpriority creditor's name and mailing address**

**MS International, Inc.**

**14777 Chrisman Rd**

**Houston**      **TX**    **77039**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,338.57**

---

**3.68**    **Nonpriority creditor's name and mailing address**

**National Construction Rentals**

**PO Box 4503**

**Pacolma**      **CA**    **91333-4503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$60.79**

---

Debtor **BGT Interior Solutions, Inc.** _____ Case number (if known) **21-32124-H5-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.69** | Nonpriority creditor's name and mailing address | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$858.16**

**Nexday Logistics**

☐ Contingent

**PO Box 866**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cypress**                    **TX**    **77140**

**Business Equipment/Supplies**

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.70** | Nonpriority creditor's name and mailing address | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,758.95**

**NJ Malin & Assoc LLC**

☐ Contingent

**PO Box 843860**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**    **75284-3860**

**Goods & Services**

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.71** | Nonpriority creditor's name and mailing address | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$324.99**

**Nova Healthcare, PA**

☐ Contingent

**PO Box 840066**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**    **75284-0066**

**Medical Services**

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.72** | Nonpriority creditor's name and mailing address | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$14,015.52**

**Pannell Kerr Forster**

☐ Contingent

**5847 San Felipe St, Ste 2600**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77057**

**Business Equipment/Supplies**

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **BGT Interior Solutions, Inc.**                                    Case number (if known)   **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73**   Nonpriority creditor's name and mailing address

**Penske**

**PO Box 802577**

**Chicago, IL  660680-2577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$16,207.49**

---

**3.74**   Nonpriority creditor's name and mailing address

**Personal Lab Services**

**7747 Harwin Drive #102**

**Houston                    TX      77036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

**3.75**   Nonpriority creditor's name and mailing address

**PomoGranit**

**8758 Clay Rd, 410**

**Houston                    TX      77080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$15,423.98**

---

**3.76**   Nonpriority creditor's name and mailing address

**Porcelanosa**

**1301 S State College Blvd**

**Anaheim                    CA      92806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known)   **21-32124-H5-11** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.77** | Nonpriority creditor's name and mailing address |
|---|---|

**Professional Flooring Supply**

**PO Box 7558**

**Fort Worth**                    **TX**      **76111**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,199.19

---

| **3.78** | Nonpriority creditor's name and mailing address |
|---|---|

**Readers Wholesale**

**PO Box 550607**

**Houston**                    **TX**      **77255-0607**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$118,714.14

---

| **3.79** | Nonpriority creditor's name and mailing address |
|---|---|

**Regus Management Group LLC**

**PO Box 842456**

**Dallas**                    **TX**      **75284-2456**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$303.80

---

| **3.80** | Nonpriority creditor's name and mailing address |
|---|---|

**Roco USA Inc**

**7100 Business Park Dr, Ste 250**

**Houston**                    **TX**      **77041**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,073.41

---

Debtor   **BGT Interior Solutions, Inc.**  Case number (if known)  **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.81** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Shaw Industries**

**PO Box 840016**

**$151,140.18**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                    **TX**    **75284-0016**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.82** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Sunbelt Rentals**

**PO Box 409211**

**$2,628.71**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta**                   **GA**    **30384-9211**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.83** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Surface Materials**

**PO Box 83336**

**$573.64**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Richardson**               **TX**    **75083**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.84** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Swift Train Co**

**PO Box 677212**

**$102,477.49**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                    **TX**    **75267-7212**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **BGT Interior Solutions, Inc.**                                Case number (if known)   **21-32124-H5-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.85**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.85**   Nonpriority creditor's name and mailing address

**Synchrony - Amazon**

**PO Box 960013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$77.52

**Orlando**          FL     **32896**

Basis for the claim:
**Business Credit Card**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86**   Nonpriority creditor's name and mailing address

**T&L Distribution**

**PO Box 40449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39,912.87

**Houston**          TX     **77240**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.87**   Nonpriority creditor's name and mailing address

**The Tile Shop**

**PO Box 74007280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,500.08

**Chicago**          IL     **60674-7280**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88**   Nonpriority creditor's name and mailing address

**The Wetz Supply Chain, LLC**

**c/o Jonathan Charnitski**

**Andy Brown & Assoc PLLC**

**1023 Springdale Rd, Ste 11F**

**Austin**          TX     **78721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

$1,601,705.44

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**BGT Interior Solutions, Inc et al v The Weitz Supply Chain, LLC et al; 261st Judicial Dist Ct, Travis County, Texas
(Domesticated Judgment).**

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known) **21-32124-H5-11** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.89** | Nonpriority creditor's name and mailing address | | **$1,416.29** |
|---|---|---|---|

**Thorntree**

**10105 West Gulf Bank**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                              TX      77040

Basis for the claim:
**Goods & Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.90** | Nonpriority creditor's name and mailing address | | **$5,030.41** |
|---|---|---|---|

**Trinity Tile**

**115 SW 49th Ave**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Orlando                              FL      34474

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.91** | Nonpriority creditor's name and mailing address | | **$600,000.00** |
|---|---|---|---|

**Valant, John**

**6 Turtle Creek Bend**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                               TX      75204

Basis for the claim:
**Loan to Company**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.92** | Nonpriority creditor's name and mailing address | | **$0.00** |
|---|---|---|---|

**Veritex**

**2900 North Loop W, Ste 200**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                              TX      77092

Basis for the claim:
**Business Credit Card**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **BGT Interior Solutions, Inc.**                          Case number (if known) **21-32124-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.93** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Wagner, Keith**

**5008 Imperial Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan to Company**

**Bellaire**                          TX        77401

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000,000.00**

| **3.94** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Woodwright Hardware**

**425 Regal Row**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Dallas**                          TX        75247

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,675.77**

| **3.95** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Worldwide Express**

**PO Box 733360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Dallas**                          TX        75373

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,549.73**

| **3.96** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Yudu**

**5169 Ashley Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Houston**                          TX        77041

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **BGT Interior Solutions, Inc.**_____   Case number (if known)   **21-32124-H5-11**_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Peter C. Ruggero, Receiver**_____   Line   **3.88**_____                              __ __ __ __

**Ruggero Law Firm**_____   ☐  Not listed.  Explain:

**1411 West Ave, Ste 200**_____

_____

**Austin**                    **TX**     **78701**_____

**Receiver appointed pursuant to Order Requiring Turnover and Appointing Receiver in BGT Interior Solutions Inc v The Weitz Supply Chain**

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known)   **21-32124-H5-11** _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$2,752,301.39** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$5,232,031.93** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$7,984,333.32** |

**Fill in this information to identify the case:**

Debtor name **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **21-32124-H5-11**           Chapter **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐    No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.    **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **5310 Glenmont**<br>**Houston, TX  77081**<br>**Contract to be ASSUMED** | **Casa Investments, Inc.**<br>**5169 Ashley** |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Houston**          **TX**      **77041** |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | **5169 Ashley**<br>**Houston, TX  77041**<br>**Contract to be ASSUMED** | **Casa Investments, Inc.**<br>**5169 Ashley** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Houston**          **TX**      **77041** |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | **1124 Security**<br>**Dallas, TX  75247**<br>**Contract to be ASSUMED** | **Hines-Inwood Center**<br>**3701 Regent** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Irving**          **TX**      **75063** |

| Fill in this information to identify the case: |
|---|

Debtor name  **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **21-32124-H5-11**
(if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

**1.  Does the debtor have any codebtors?**

☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑  Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

|  | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Casa Investments, Inc. | **5169 Ashley Ct**<br>Number    Street<br><br>**Houston**        **TX**  **77041**<br>City                State  ZIP Code | Veritex | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Wagner, Keith | **5008 Imperial Dr**<br>Number    Street<br><br>**Bellaire**        **TX**  **77401**<br>City                State  ZIP Code | Veritex | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Wagner, Keith | **5008 Imperial Dr**<br>Number    Street<br><br>**Bellaire**        **TX**  **77401**<br>City                State  ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Wagner, Keith | **5008 Imperial Dr**<br>Number    Street<br><br>**Bellaire**        **TX**  **77401**<br>City                State  ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **BGT Interior Solutions, Inc.** _____   Case number (if known) __21-32124-H5-11__

<table>
<tr><td>█</td><td colspan="2"><b>Additional Page if Debtor Has More Codebtors</b></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.5** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| **2.7** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| **2.8** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| **2.9** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| **2.10** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | Barclays | ☐ D<br>☑ E/F<br>☐ G |
| **2.11** | Wagner, Keith | 5008 Imperial Dr<br>Number      Street<br><br>Bellaire          TX   77401<br>City                State   ZIP Code | Capital One | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **BGT Interior Solutions, Inc.**                          Case number (if known)  **21-32124-H5-11**

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | | | *Check all schedules that apply:* |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.12 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Capital One** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |
| 2.13 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Capital One** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |
| 2.14 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |
| 2.15 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |
| 2.16 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |
| 2.17 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |
| 2.18 **Wagner, Keith** | **5008 Imperial Dr**<br>Number      Street | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| | **Bellaire**        **TX**   **77401**<br>City                State   ZIP Code | | |

Debtor   **BGT Interior Solutions, Inc.**                               Case number (if known)   **21-32124-H5-11**

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.19  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Chase** | ☐ D  ☑ E/F  ☐ G |
| **2.20  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Chase** | ☐ D  ☑ E/F  ☐ G |
| **2.21  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Chase** | ☐ D  ☑ E/F  ☐ G |
| **2.22  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Chase** | ☐ D  ☑ E/F  ☐ G |
| **2.23  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Citibank** | ☐ D  ☑ E/F  ☐ G |
| **2.24  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Citibank** | ☐ D  ☑ E/F  ☐ G |
| **2.25  Wagner, Keith** | **5008 Imperial Dr** <br> Number    Street <br><br> **Bellaire**    **TX**  **77401** <br> City    State  ZIP Code | **Citibank** | ☐ D  ☑ E/F  ☐ G |

Debtor **BGT Interior Solutions, Inc.**                              Case number (if known) **21-32124-H5-11**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.26 | Wagner, Keith — 5008 Imperial Dr (Number Street), Bellaire TX 77401 | Citibank-Home Depot | ☐ D  ☑ E/F  ☐ G |
| 2.27 | Wagner, Keith — 5008 Imperial Dr, Bellaire TX 77401 | Costco | ☐ D  ☑ E/F  ☐ G |
| 2.28 | Wagner, Keith — 5008 Imperial Dr, Bellaire TX 77401 | Discover | ☐ D  ☑ E/F  ☐ G |
| 2.29 | Wagner, Keith — 5008 Imperial Dr, Bellaire TX 77401 | Discover | ☐ D  ☑ E/F  ☐ G |
| 2.30 | Wagner, Keith — 5008 Imperial Dr, Bellaire TX 77401 | Synchrony - Amazon | ☐ D  ☑ E/F  ☐ G |
| 2.31 | Wagner, Keith — 5008 Imperial Dr, Bellaire TX 77401 | Veritex | ☐ D  ☑ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor Name **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **21-32124-H5-11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
   Copy line 88 from Schedule A/B.............................................................................................. | **$0.00**

   1b.   **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................................ | **$12,893,718.00**

   1c.   **Total of all property**
   Copy line 92 from Schedule A/B.............................................................................................. | **$12,893,718.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$5,172,103.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. | **$2,752,301.39**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. | **+ $5,232,031.93**

4.   **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................... | **$13,156,436.32**

**Fill in this information to identify the case and this filing:**

Debtor Name   **BGT Interior Solutions, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **21-32124-H5-11**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/07/2021**          X **/s/ Robert Wagner**
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                              **Robert Wagner**
                              Printed name

                              **Vice President, Director**
                              Position or relationship to debtor